# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

November 8, 2010

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

**FILED**

NOV 0 9 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:    07-60895            Bruce & Maryann Dunham

To Whom It May Concern:

11/9/10 MD

Enclosed please find check #922056 in the amount of $5,886.21. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Bruce & Maryann Dunham
246 N Main Street
Gloversville, NY 12078

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

Receipt # 6110003S